ASHLEY RIVER INDUSTRIES, IN-CORPORATED; Coastal Marine Enterprises, Incorporated, d/b/a Dolphin Cove Marina, Plaintiffs–Appellants,

v.

MOBIL OIL CORPORATION; Mobil Chemical Company, Incorporated; Mobil Corporation, Defendants–Appellees.

No. 00–2211.

United States Court of Appeals,
Fourth Circuit.

Argued March 1, 2001.

Decided April 17, 2001.

**ARGUED:** Lemuel Gray Geddie, Jr., Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Greenville, SC, for Appellants. Lori Elliott Guzman, Hunton & Williams, Richmond, VA, for Appellees. **ON BRIEF:** Nancy W. Monts, E. Grantland Burns, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Greenville, SC, for Appellants. David Craig Landin, Turner A. Broughton, Hunton & Williams, Richmond, VA; Jane Thompson Davis, Nelson, Mullins, Riley & Scarborough, L.L.P., Charleston, SC, for Appellees.

Before WIDENER and MICHAEL, Circuit Judges, and HALL, Senior Circuit Judge of the United States Court of Appeals for the Ninth Circuit, sitting by designation.

## OPINION

PER CURIAM:

Having considered the briefs and the record and after oral argument, we are of opinion that the thorough opinion of the district court is free from error. The judgment of the district court is accordingly affirmed on its opinion, which we adopt as our own. *Ashley River Industries, Inc.; and Coastal Marine Enterprises, Inc. d/b/a Dolphin Cove Marina v. Mobil Oil Corporation; Mobil Chemical Company; and Mobil Corporation,* 135 F.Supp.2d 733 (D.S.C.2000).

*AFFIRMED.*